JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MARCUS LEON LINTHECOME** ) | |
| ) | |
| Petitioner, ) | Case No. CV 13-2479-JGB(AJW) |
| ) | |
| v. ) | |
| ) | |
| **SHERIFF BACA, et al.** ) | JUDGMENT |
| ) | |
| Respondents. ) | |
| _____ ) | |

   It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: _____May 7, 2013_____

_____
Jesus G. Bernal
United States District Judge